IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

    **Plaintiff**

       v.                    **CRIMINAL NO.** 06-0174(JAG)

JOSE LUIS ALICEA-COTTO, et al.,

    **Defendant(s)**

## ORDER

The deadline for filing objections to the Magistrate-Judge's Report and Recommendation has elapsed. (Docket No. 97). Upon review of the record, the Court adopts the Report and Recommendation.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 30th day of November, 2006.

                                              S/Jay A. Garcia-Gregory
                                              JAY A. GARCIA-GREGORY
                                              United States District Judge